UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BING FENG CHEN,
        Petitioner,

v.

JOHN ASHCROFT, et al.,
        Respondents.

CIVIL ACTION

NO.   03-12444-RGS

O R D E R

STEARNS, D. J.

      On November 24, 2003, petitioner Bing Feng Chen, an immigration detainee currently confined at Bristol County House of Correction, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and paid the $5 filing fee.  He also submitted an application for waiver of the filing fee.

      ACCORDINGLY,

      (1) Petitioner's application to proceed without prepayment of the filing fee is denied as moot because he has paid the filing fee;

      (2) The Clerk shall correct the case caption to reflect that the only respondent to this action is Thomas M. Hodgson, the Sheriff of Bristol County.  A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243.  Petitioner's legal custodian is the sheriff of Bristol County, the individual having day-to-day control over the facility in which petitioner is being detained.  Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000), cert. denied, sub nom. Vasquez v. Ashcroft, 122 S. Ct. 43 (2001); see Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

      (3) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Sheriff Thomas M. Hodgson, Bristol County Jail and House of Correction, 1400 Faunce Corner Road, North Dartmouth, MA  02747; (ii) the United States Attorney; AND (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney,

P.O. Box 8728, JFK Station, Boston, MA  02114 AND

(4) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading  AND

(5) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
| 12/08/03 | s/ Richard G. Stearns |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)                                                                                          [2241serv.]