UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 19 P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

BING FENG CHEN, )
 )
           Petitioner )
 ) Civil Action No.
      v. ) 03cv12444-GAO
 )
JOHN ASHCROFT )
 )
 )
           Respondent )

## MOTION TO DISMISS

The respondent moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) and (6) for lack of subject matter jurisdiction, and for failure to state a claim upon which relief may be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on December 18, 2003, at his most recently indicated address:

c/o Ann Chen
494/496 Pleasant Street
Malden, MA 02148

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114