UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BING FENG CHEN

    V.                                  CIVIL ACTION NO. 03-12444-RGS

JOHN ASHCROFT

# ORDER OF DISMISSAL

STEARNS, DJ.                                      FEBRUARY 3, 2004

IN ACCORDANCE WITH THIS COURT'S ORDER ON DEFENDANT'S MOTION TO DISMISS ENTERED ON JANUARY 14, 2004,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE

          **BY:**

                                        /s/ Mary H. Johnson
                                        _____
                                        **Deputy Clerk**